NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IMAGINAL SYSTEMATIC, LLC,**
*Plaintiff-Appellee,*

v.

**LEGGETT & PLATT, INC. AND SIMMONS BEDDING COMPANY,**
*Defendants-Appellants,*

AND

**DOES 1-10, INCLUSIVE,**
*Defendants.*

---

2012-1313

---

Appeal from the United States District Court for the Central District of California in case no. 10-CV-7416, Judge R. Gary Klausner.

---

## ON MOTION

---

## ORDER

Leggett & Platt, Inc. and Simmons Bedding Company move without opposition to withdraw Donald E. Tiller as counsel.

IMAGINAL SYSTEMATIC, LLC v. LEGGETT & PLATT, INC.          2

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.


FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26